UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WESLEY LEON BETHEA, | ) |
|       Plaintiff, | ) |
| v. | ) **JUDGMENT IN A CIVIL CASE** <br> ) **CASE NO. 5:16-CV-178-D** <br> ) **CASE NO. 5:16-CV-259-D** |
| DETECTIVE DAVID CHAD ELLIS, DETECTIVE JASON CORPREW, OFFICER JESSE EMORY, SERGEANT REGINALD BRANCH, OFFICER NORMA RUIZ, DETECTIVE DAVID STANCIL, OFFICER DAVID SEAGROVES, OFFICER RUSSELL WINSTEAD, SERGEANT STEVE STROUD, WILSON POLICE DEPARTMENT, CITY OF WILSON, C. BRUCE ROSE, Mayor of the City of Wilson, THOMAS P. HAWKINS, Police Chief, City of Wilson, | ) |
|       Defendants. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion for summary judgment [D.E. 57], and DENIES plaintiff's motions [D.E. 43, 67]. Defendants can file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

IT IS FURTHER ORDERED that on June 7, 2017 the court GRANTED IN PART defendants' motion to dismiss [D.E. 36], and DISMISSED plaintiff's claims against all defendants except Ellis and Corprew pursuant to Federal Rule of Civil Procedure 12(b)(6).

**This Judgment Filed and Entered on August 28, 2017, and Copies To:**

| | |
|---|---|
| Wesley Leon Bethea | (Sent to 203 Apt. B Bragg St. Wilson, NC 27893 via US Mail) |
| Gabriel Du Sablon | (via CM/ECF electronic notification) |
| James P. Cauley, III | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| August 28, 2017 | (By) /s/ Nicole Briggeman |
| | Deputy Clerk |